**Michele VALENTINO, as Administratrix of the Estate of Derek Valentino, Deceased, and Michele Valentino, in her Own Right, Petitioner**

v.

**PHILADELPHIA TRIATHLON,**
**LLC, Respondent**

**No. 533 EAL 2016**

Supreme Court of Pennsylvania.

May 2, 2017

**ORDER**

PER CURIAM

**AND NOW**, this 2nd day of May, 2017, the Petition for Allowance of Appeal is **GRANTED**. The issue, rephrased for clarity, is:

Whether the Superior Court erred when it determined that a waiver of liability form, executed solely by the decedent, and stating the signer assumes all risks of participation in a triathlon, also binds

his heirs, thereby precluding them from bringing a wrongful death action?

Justice Wecht did not participate in the consideration or decision of this matter.